E-FILED  2023 SEP 26 2:05 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | | |
|---|---|---|
| SELVIN MARTINEZ, <br> CELINA CONTRERAS, and FARMERS <br> INSURANCE EXCHANGE <br> a California Corporation, <br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br> a Delaware Corporation, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO.  LACL156769 <br><br><br> **ORIGINAL NOTICE** |

### TO THE ABOVE-NAMED DEFENDANT AMAZON.COM, INC.:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiffs is Nathan R. McConkey, whose address is 2700 Westown Parkway, Suite 170, West Des Moines, Iowa 50266-1411, Phone: (515) 243-4148, Facsimile: (515) 243-5481.

You are further notified that Polk County District Court utilizes the Electronic Document Management System. You are directed to the Iowa Court Rules Chapter 16 for general rules and information on electronic filing and, in particular, Division VI regarding the protection of personal information in court filings.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and, within a reasonable time thereafter, file a motion or answer, in the Iowa District Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call your district ADA coordinator, Toni Stevens, at 515-286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942).

### IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

**EXHIBIT**

**A**

E-FILED  2023 SEP 27 8:49 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACL156769**
*County*  **Polk**

*Case Title*   SELVIN MARTINEZ ET AL VS AMAZON

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **09/27/2023 08:49:20 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk              *County*
**/s/ Jeremy Alvarez**

E-FILED  2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | | |
|---|---|---|
| SELVIN MARTINEZ,<br>CELINA CONTRERAS, and FARMERS<br>INSURANCE EXCHANGE,<br>a California Corporation, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. |
| v. | )<br>) | **PETITION AT LAW<br>AND JURY DEMAND** |
| AMAZON.COM, INC.,<br>a Delaware Corporation, | )<br>)<br>) | |
| Defendant. | ) | |

Plaintiffs, SELVIN MARTINEZ and CELINA CONTRERAS and FARMERS

INSURANCE EXCHANGE, a California corporation ("Farmers"), by and through their

attorneys, and for their Petition against Defendant AMAZON.COM, INC. ("Amazon"), allege as

follows:

### PARTIES

1.      At all times relevant, Mr. Martinez and Ms. Contreras owned a home, including

all personal belongings in the home, located at 2405 59th Street, Des Moines, Polk County, Iowa

50322-5103 ("Home").

2.      Farmers is a California corporation engaged in the business of insuring homes and

on the day of the fire involved in this case, Farmers insured the Home.

3.      At all times relevant, Amazon was a Delaware corporation engaged in the

business of marketing, distributing and/or selling certain headlamps powered by Lithium Ion

batteries ("headlamp") and sold the headlamp involved in this fire to the plaintiffs.  Amazon

placed the headlamp into the stream of commerce where the headlamp was sold and used in the

State of Iowa.

1

4.      Upon information and belief, Amazon is involved in electronic commerce and cloud computing, and derives a large portion of its sales through third party vendors such as the Chinese company that Plaintiffs were told by Amazon manufactured the headlamp involved in this case.

5.      Venue is proper in Polk County, Iowa and the amount in controversy exceeds the small claims jurisdictional limit.

## FACTS

6.      On or about November 3, 2021, Mr. Martinez and Ms. Contreras purchased a headlamp from Amazon.  A true and correct copy of the receipt is attached as Exhibit 1.

7.      Just one month later, on or about December 4, 2021, the headlamp, while charging the Lithium Ion batteries, erupted in flames and fire causing catastrophic damage to the Home and caused Mr. Martinez and Ms. Contreras to have to move out of the Home into temporary living quarters.

8.      The headlamp was not altered or otherwise modified from the condition it was in when it left the possession or control of Amazon.

## FIRST CAUSE OF ACTION:
## STRICT PRODUCT LIABILITY
## AGAINST AMAZON

9.      The Plaintiffs allege and incorporate by reference paragraphs 1 through 8 of the Petition as though fully set forth herein.

10.     Amazon was engaged in the regular course of its business in marketing, distributing, supplying and/or selling a certain headlamp.  Before the fire, Amazon promoted, marketed, distributed, supplied and/or sold or otherwise placed into the stream of commerce the headlamp that erupted in fire in this case.

2

E-FILED 2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

11.    The headlamp that erupted in fire, just one month from the date of sale, was in a defective and unreasonably dangerous condition with regard to its acknowledged intended and foreseeable uses, and was so at the time the aforesaid product and/or its appurtenances left the control of Amazon, in that:

    a.    The headlamp was improperly designed so as to allow a malfunction to occur;

    b.    The headlamp was improperly manufactured so as to allow a malfunction to occur;

    c.    The headlamp was improperly tested which allowed a malfunction to occur;

    d.    The headlamp was improperly inspected so as to allow a malfunction to occur;

    e.    The headlamp was improperly manufactured using unreasonably dangerous and improper materials;

    f.    The headlamp was manufactured with defective Lithium Ion batteries;

    g.    The headlamp was manufactured in a way which allowed a short to occur in the Lithium Ion batteries and a thermal runaway occurred;

    h.    The headlamp was manufactured with a defective battery management system;

    i.    The headlamp was unreasonably dangerous and defective in that Amazon failed to warn customers that there had been numerous complaints regarding headlamps like the one involved in this case that had caused fires;

    j.    The product was otherwise unreasonably dangerous and/or defective.

12.    At all relevant times before the fire, the headlamp was in the same or substantially same condition as it was at the time it was manufactured and left the control of Amazon and had been properly used by the Plaintiffs.

13.     As a direct and proximate result of one or more of the aforesaid defective and unreasonably dangerous conditions of said product, said product failed and caused the fire to start and spread in the above premises resulting in severe and extensive damage to the Home.

14.     The fire was caused by the subject headlamp.

15.     There were no other competent sources of ignition for this fire in the fire's origin other than the headlamp which was charging at the time of the fire.

16.     Products like the headlamp in this case that are one month old and properly used do not suddenly erupt into fire under the ordinary circumstances of this case unless the products are defective.

17.     As a direct and proximate result of the aforesaid fire Farmers paid $262,349.94 to Mr. Martinez and Ms. Contreras to repair their Home and other damages and is subrogated to this amount.

18.     As a direct and proximate result of the aforesaid fire, Mr. Martinez and Ms. Contreras suffered uninsured losses in the amount of $40,468.85 and seek recovery against Amazon for these amounts.

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the trier of fact, together with all costs, attorney fees, and for such other and further relief as this Court deems equitable and just.

## SECOND CAUSE OF ACTION
## NEGLIGENCE
## AGAINST AMAZON

19.     The Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 of

4

E-FILED 2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

the Petition as though fully set forth herein.

20.     At all relevant times Amazon had a duty to exercise ordinary and reasonable care in determining whether the products it sold were safe and to stop distributing unsafe products.

21.     Notwithstanding this duty, Amazon was negligent in failing to stop distributing and/or selling the headlamp when it knew or should have known that there had been numerous complaints regarding headlamps of the type involved in this case causing fires before the fire in this case;

22.     Amazon failed to provide any warnings of a possible defect or dangerous condition when it knew or should have known of possible defects and dangerous conditions.

23.     As a direct and proximate result of one or more of the foregoing negligent acts or omissions, a fire started in the headlamp and spread in the Home, resulting in severe and extensive damage to the Home and other damages to the plaintiffs.

24.     The fire was caused by the subject headlamp.

25.     There were no other competent sources of ignition for this fire in the fire's origin other than the headlamp which was charging at the time of the fire.

26.     Products like this one that are one month old and properly used do not suddenly erupt into fire under the ordinary circumstances of this case in the absence of negligence.

27.     As a direct and proximate result of the aforesaid fire Farmers paid $262,349.94 to Mr. Martinez and Ms. Contreras to repair their Home and other damages and is subrogated to this amount.

28.     As a direct and proximate result of the aforesaid fire, Mr. Martinez and Ms. Contreras suffered uninsured losses in the amount of $40,468.85 and seek recovery against Amazon for these amounts.

5

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the trier of fact, together with all costs, attorney fees, and for such other and further relief as this Court deems equitable and just.

**THIRD CAUSE OF ACTION**
**BREACH OF EXPRESS AND IMPLIED WARRANTIES**
**AGAINST AMAZON**

29.    The Plaintiffs reallege and incorporate by reference paragraphs 1 through 28 of the Petition as though fully set forth herein.

30.    Amazon, in connection with its business activities described above, made both express and implied warranties with regard to the subject headlamp, warranting that the product was safe, fit for its intended use and for plaintiffs' particular purpose, of merchantable quality, and that the headlamp was not defective.

31.    Amazon was aware that Plaintiffs were relying on it to provide a product for consumer purposes, thereby impliedly warranting that the goods it marketed, sold, or otherwise brought into the stream of commerce, including the subject headlamp, would in fact be safe and suitable for Plaintiffs' purposes.

32.    In reliance upon Amazon's skill and judgment and the implied warranties of fitness for that purpose, Plaintiffs used the headlamp in its intended manner.

33.    The warranties described above were false, misleading, and inaccurate in that the headlamp was unsafe, unfit for its intended use and for Plaintiffs' particular purpose, not of merchantable quality, and defective.

34.    As a direct and proximate result of Amazon's breaches of express warranty and

6

breach of implied warranties of merchantability and fitness for a particular purpose, Farmers paid $262,349.94 to Mr. Martinez and Ms. Contreras to repair their Home and other damages and is subrogated to this amount.

35.     As a direct and proximate result of Amazon's breaches of express warranty and breach of implied warranties of merchantability and fitness for a particular purpose, Mr. Martinez and Ms. Contreras suffered uninsured losses in the amount of $40,468.85 and seek recovery against Amazon for these amounts.

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the trier of fact, together with all costs, attorney fees, and for such other and further relief as this Court deems equitable and just.

**The Plaintiffs demand a trial by jury on all issues.**

Dated this 22 day of September, 2023

HUBER, BOOK, LANZ & MCCONKEY, PLLC

By  /s/ Nathan R. McConkey
        NATHAN R. MCCONKEY AT0005128
        2700 Westown Parkway, Suite 170
        West Des Moines, IA 50266-1411
        Telephone:  (515) 243-4148
        Fax:  (515) 243-5481
        Email: nmcconkey@desmoineslaw.com

        Paul T. Falk-to be admitted pro hac vice
        Falk Spinasanta LLC
        1325 Sycamore Lane
        Benton Harbor, Michigan 49022
        Phone: 312-405-0426
        Fax: 312-277-2877
        pfalk@falkspina.com
        ATTORNEYS FOR PLAINTIFFS

7

E-FILED  2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT




## Ver detalles del pedido

| | |
|---|---|
| Fecha de pedido | 3 nov. 2021 |
| N.º de pedido | 114-7298790-1992269 |
| Total del pedido | $28.16 (1 artículo) |

## Detalles de envío

Envío GRATIS

## Entregado

**Entrega Estimada**
**lunes, 8 de noviembre de 2021 a 10pm**

 **Linterna recargable de**          $26.32
**20000 lúmenes para**
**correr, acampar y al**
**aire...**
Cantidad: 1
Vendido por: Szxhf

Rastrear envío                                              ⟩

Comprar nuevamente                                         ⟩

## Información de pago

         ≡

E-FILED  2023 SEP 26 2:05 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | | |
|---|---|---|
| SELVIN MARTINEZ,<br>CELINA CONTRERAS, and FARMERS<br>INSURANCE EXCHANGE<br>a California Corporation,<br>      Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br>a Delaware Corporation,<br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.  LACL156769<br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT AMAZON.COM, INC.:**

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiffs is Nathan R. McConkey, whose address is 2700 Westown Parkway, Suite 170, West Des Moines, Iowa 50266-1411, Phone: (515) 243-4148, Facsimile: (515) 243-5481.

You are further notified that Polk County District Court utilizes the Electronic Document Management System. You are directed to the Iowa Court Rules Chapter 16 for general rules and information on electronic filing and, in particular, Division VI regarding the protection of personal information in court filings.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and, within a reasonable time thereafter, file a motion or answer, in the Iowa District Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call your district ADA coordinator, Toni Stevens, at 515-286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942).

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

E-FILED   2023 SEP 27 8:49 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*   **LACL156769**

*County*   **Polk**

*Case Title*   SELVIN MARTINEZ ET AL VS AMAZON

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued* **09/27/2023 08:49:20 AM**



*District Clerk of Court or/by Clerk's Designee of* Polk          *County*
**/s/ Jeremy Alvarez**

E-FILED   2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| SELVIN MARTINEZ,<br>CELINA CONTRERAS, and FARMERS<br>INSURANCE EXCHANGE,<br>a California Corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br>a Delaware Corporation,<br><br>　　　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）　Case No.<br>）<br>）　**PETITION AT LAW**<br>）　**AND JURY DEMAND**<br>）<br>）<br>）<br>）<br>） |

Plaintiffs, SELVIN MARTINEZ and CELINA CONTRERAS and FARMERS

INSURANCE EXCHANGE, a California corporation ("Farmers"), by and through their

attorneys, and for their Petition against Defendant AMAZON.COM, INC. ("Amazon"), allege as

follows:

### PARTIES

1.　At all times relevant, Mr. Martinez and Ms. Contreras owned a home, including

all personal belongings in the home, located at 2405 59th Street, Des Moines, Polk County, Iowa

50322-5103 ("Home").

2.　Farmers is a California corporation engaged in the business of insuring homes and

on the day of the fire involved in this case, Farmers insured the Home.

3.　At all times relevant, Amazon was a Delaware corporation engaged in the

business of marketing, distributing and/or selling certain headlamps powered by Lithium Ion

batteries ("headlamp") and sold the headlamp involved in this fire to the plaintiffs. Amazon

placed the headlamp into the stream of commerce where the headlamp was sold and used in the

State of Iowa.

1

4.      Upon information and belief, Amazon is involved in electronic commerce and cloud computing, and derives a large portion of its sales through third party vendors such as the Chinese company that Plaintiffs were told by Amazon manufactured the headlamp involved in this case.

5.      Venue is proper in Polk County, Iowa and the amount in controversy exceeds the small claims jurisdictional limit.

## FACTS

6.      On or about November 3, 2021, Mr. Martinez and Ms. Contreras purchased a headlamp from Amazon.  A true and correct copy of the receipt is attached as Exhibit 1.

7.      Just one month later, on or about December 4, 2021, the headlamp, while charging the Lithium Ion batteries, erupted in flames and fire causing catastrophic damage to the Home and caused Mr. Martinez and Ms. Contreras to have to move out of the Home into temporary living quarters.

8.      The headlamp was not altered or otherwise modified from the condition it was in when it left the possession or control of Amazon.

## FIRST CAUSE OF ACTION:
## STRICT PRODUCT LIABILITY
## AGAINST AMAZON

9.      The Plaintiffs allege and incorporate by reference paragraphs 1 through 8 of the Petition as though fully set forth herein.

10.     Amazon was engaged in the regular course of its business in marketing, distributing, supplying and/or selling a certain headlamp.  Before the fire, Amazon promoted, marketed, distributed, supplied and/or sold or otherwise placed into the stream of commerce the headlamp that erupted in fire in this case.

2

11.    The headlamp that erupted in fire, just one month from the date of sale, was in a

defective and unreasonably dangerous condition with regard to its acknowledged intended and

foreseeable uses, and was so at the time the aforesaid product and/or its appurtenances left the

control of Amazon, in that:

      a.    The headlamp was improperly designed so as to
allow a malfunction to occur;

      b.    The headlamp was improperly manufactured so as
to allow a malfunction to occur;

      c.    The headlamp was improperly tested which
allowed a malfunction to occur;

      d.    The headlamp was improperly inspected so as to
allow a malfunction to occur;

      e.    The headlamp was improperly manufactured using
unreasonably dangerous and improper materials;

      f.    The headlamp was manufactured with defective
Lithium Ion batteries;

      g.    The headlamp was manufactured in a way which
allowed a short to occur in the Lithium Ion batteries and a thermal
runaway occurred;

      h.    The headlamp was manufactured with a defective
battery management system;

      i.    The headlamp was unreasonably dangerous and defective in that
Amazon failed to warn customers that there had been numerous
complaints regarding headlamps like the one involved in this case that had
caused fires;

      j.    The product was otherwise unreasonably dangerous and/or
defective.

12.    At all relevant times before the fire, the headlamp was in the same or substantially

same condition as it was at the time it was manufactured and left the control of Amazon and had

been properly used by the Plaintiffs.

13.     As a direct and proximate result of one or more of the aforesaid defective and
unreasonably dangerous conditions of said product, said product failed and caused the fire to
start and spread in the above premises resulting in severe and extensive damage to the Home.

14.     The fire was caused by the subject headlamp.

15.     There were no other competent sources of ignition for this fire in the fire's origin
other than the headlamp which was charging at the time of the fire.

16.     Products like the headlamp in this case that are one month old and properly used
do not suddenly erupt into fire under the ordinary circumstances of this case unless the products
are defective.

17.     As a direct and proximate result of the aforesaid fire Farmers paid $262,349.94 to
Mr. Martinez and Ms. Contreras to repair their Home and other damages and is subrogated to
this amount.

18.     As a direct and proximate result of the aforesaid fire, Mr. Martinez and Ms.
Contreras suffered uninsured losses in the amount of $40,468.85 and seek recovery against
Amazon for these amounts.

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and
FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and
against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the
trier of fact, together with all costs, attorney fees, and for such other and further relief as this
Court deems equitable and just.

## SECOND CAUSE OF ACTION
### NEGLIGENCE
### AGAINST AMAZON

19.     The Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 of

4

E-FILED  2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

the Petition as though fully set forth herein.

20.     At all relevant times Amazon had a duty to exercise ordinary and reasonable care in determining whether the products it sold were safe and to stop distributing unsafe products.

21.     Notwithstanding this duty, Amazon was negligent in failing to stop distributing and/or selling the headlamp when it knew or should have known that there had been numerous complaints regarding headlamps of the type involved in this case causing fires before the fire in this case;

22.     Amazon failed to provide any warnings of a possible defect or dangerous condition when it knew or should have known of possible defects and dangerous conditions.

23.     As a direct and proximate result of one or more of the foregoing negligent acts or omissions, a fire started in the headlamp and spread in the Home, resulting in severe and extensive damage to the Home and other damages to the plaintiffs.

24.     The fire was caused by the subject headlamp.

25.     There were no other competent sources of ignition for this fire in the fire's origin other than the headlamp which was charging at the time of the fire.

26.     Products like this one that are one month old and properly used do not suddenly erupt into fire under the ordinary circumstances of this case in the absence of negligence.

27.     As a direct and proximate result of the aforesaid fire Farmers paid $262,349.94 to Mr. Martinez and Ms. Contreras to repair their Home and other damages and is subrogated to this amount.

28.     As a direct and proximate result of the aforesaid fire, Mr. Martinez and Ms. Contreras suffered uninsured losses in the amount of $40,468.85 and seek recovery against Amazon for these amounts.

E-FILED 2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and

FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and

against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the

trier of fact, together with all costs, attorney fees, and for such other and further relief as this

Court deems equitable and just.

### THIRD CAUSE OF ACTION
### BREACH OF EXPRESS AND IMPLIED WARRANTIES
### AGAINST AMAZON

29.     The Plaintiffs reallege and incorporate by reference paragraphs 1 through 28 of

the Petition as though fully set forth herein.

30.     Amazon, in connection with its business activities described above, made both

express and implied warranties with regard to the subject headlamp, warranting that the product

was safe, fit for its intended use and for plaintiffs' particular purpose, of merchantable quality,

and that the headlamp was not defective.

31.     Amazon was aware that Plaintiffs were relying on it to provide a product for

consumer purposes, thereby impliedly warranting that the goods it marketed, sold, or otherwise

brought into the stream of commerce, including the subject headlamp, would in fact be safe and

suitable for Plaintiffs' purposes.

32.     In reliance upon Amazon's skill and judgment and the implied warranties of

fitness for that purpose, Plaintiffs used the headlamp in its intended manner.

33.     The warranties described above were false, misleading, and inaccurate in that the

headlamp was unsafe, unfit for its intended use and for Plaintiffs' particular purpose, not of

merchantable quality, and defective.

34.     As a direct and proximate result of Amazon's breaches of express warranty and

6

breach of implied warranties of merchantability and fitness for a particular purpose, Farmers paid

$262,349.94 to Mr. Martinez and Ms. Contreras to repair their Home and other damages and is

subrogated to this amount.

35.     As a direct and proximate result of Amazon's breaches of express warranty and

breach of implied warranties of merchantability and fitness for a particular purpose, Mr.

Martinez and Ms. Contreras suffered uninsured losses in the amount of $40,468.85 and seek

recovery against Amazon for these amounts.

WHEREFORE, PLAINTIFFS SELVIN MARTINEZ, CELINA CONTRERAS, and

FARMERS INSURANCE EXCHANGE, pray that judgment be entered in their favor and

against Defendant AMAZON.COM, INC. for damages in an amount to be determined by the

trier of fact, together with all costs, attorney fees, and for such other and further relief as this

Court deems equitable and just.

**The Plaintiffs demand a trial by jury on all issues.**

Dated this 22 day of September, 2023

HUBER, BOOK, LANZ & MCCONKEY, PLLC

By  /s/ Nathan R. McConkey
      NATHAN R. MCCONKEY AT0005128
      2700 Westown Parkway, Suite 170
      West Des Moines, IA 50266-1411
      Telephone:  (515) 243-4148
      Fax:  (515) 243-5481
      Email: nmcconkey@desmoineslaw.com

      Paul T. Falk-to be admitted pro hac vice
      Falk Spinasanta LLC
      1325 Sycamore Lane
      Benton Harbor, Michigan 49022
      Phone: 312-405-0426
      Fax: 312-277-2877
      pfalk@falkspina.com
      ATTORNEYS FOR PLAINTIFFS

7

E-FILED 2023 SEP 22 2:28 PM POLK - CLERK OF DISTRICT COURT





**EXHIBIT**
**1**
PLAINTIFFS'

## Ver detalles del pedido

Fecha de pedido | 3 nov. 2021
N.° de pedido | 114-7298790-1992269
Total del pedido | $28.16 (1 artículo)

### Detalles de envío

Envío GRATIS

### Entregado

**Entrega Estimada**
**lunes, 8 de noviembre de 2021 a 10pm**

 **Linterna recargable de 20000 lúmenes para correr, acampar y al aire...**   $26.32
Cantidad: 1
Vendido por: Szxhf

Rastrear envío     >

Comprar nuevamente     >

## Información de pago



**CERTIFIED MAIL®**

7022 2410 0001 4029 1793

## UNITED STATES POSTAL SERVICE ®

**TY®**

**M A**

Retail

**PRIORITY MAIL POSTAGE REQUIRE**

 

**U.S. POSTAGE PAID**
PM
CHICAGO, IL 60680
OCT 03, 2023

19808

**$17.20**

RDC 03

R2307N153025-09

▪ Expected delivery date specified for domestic use.
▪ Domestic shipments include $100 of insurance (restrictions apply).*
▪ USPS Tracking® service included for domestic and many international destinations.
▪ Limited international insurance.**
▪ When used internationally, a customs declaration form is required.

Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
*See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
OR DOMESTIC AND INTERNATIONAL USE

**FROM:**

## PRIORITY ★ MAIL ★

**UNITED STATES POSTAL SERVIC**
VISIT US AT USPS.C
ORDER FREE SUPPLIES ONL

FROM: Paul T. Falk
FMLY Spinasanta LLC
1325 Sycamore Ln.
Benton Harbor, MI 49022

**TO:**
Amazon.com
C/o Corporation Service Co.
251 Little Falls Dr.
Wilmington, DE 19808



o schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUI